IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DVANTE MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DALLAS COUNTY JAIL FACILITY, | ) ) |
| Defendant. | ) Civil Action No. 3:19-CV-1498-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that Plaintiff's Complaint should be dismissed without prejudice for want of prosecution. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's Complaint is hereby **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED this 16th day of August, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE